## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Korte-Fusco Joint Venture | ) | ASBCA No. 59767 |
| | ) | |
| Under Contract No. W912QR-11-C-0037 | ) | |

APPEARANCE FOR THE APPELLANT:  Kirk J. McCormick, Esq.
               Hinckley, Allen & Snyder LLP
               Boston, MA

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
               Engineer Chief Trial Attorney
               Jennifer M. Payton, Esq.
               U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 March 2017

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59767, Appeal of Korte-Fusco Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals